UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| PHAT MINH NGUYEN, | ) | Case No. 5:26-cv-01392-AH (DTB) |
| | ) | |
| Petitioner, | ) | **ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| v. | ) | |
| | ) | |
| WARDEN, Adelanto ICE Detention Center, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered: (a) Declaring that Immigration and Customs Enforcement's ("ICE") revocation of Petitioner's Order of Supervision and subsequent redetention violated federal law; and (b) enjoining Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them, from: (i) Redetaining Petitioner without notice and an individualized predetention hearing before a neutral arbiter at

which it is determined that detention is lawful and warranted under the applicable statutes and regulations either because Petitioner has violated a term of his Order of Supervision or because his removal from the United States is significantly likely in the reasonably foreseeable future, including that Respondents have procured travel documents for Petitioner and that such documents are in the possession of ICE; and (ii) removing Petitioner to any third country without appropriate notice and an opportunity to be heard in accordance with any applicable ICE regulations, including the opportunity to assert a fear-based objection.

Dated: APRIL 27, 2026 _____

_____
ANNE HWANG
United States District Judge

2